UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD V. HARMS,<br><br>                      Plaintiff,<br><br>   v.<br><br>FBI SPECIAL AGENT DAVID DiBARTOLO,<br>FBI SPECIAL AGENT WILLIAM LEAHY, and<br>AUSA AINE AHMED,<br><br>                      Defendants. | NO: 4:15-CV-5029-TOR<br><br>ORDER DISMISSING CASE |

On April 6, 2015, Plaintiff was ordered to file, within 30 days, a First Amended Complaint and proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed *In Forma Pauperis*. ECF No. 5.

Plaintiff was cautioned that his failure to comply within 30 days would result in the dismissal of this case. ECF No. 5 at 3. Although granted the

ORDER DISMISSING CASE ~ 1

1 opportunity to do so, Plaintiff has now failed to amend his deficient complaint and
2 has not paid the full filing fee, showed why prepayment would be inappropriate or
3 filed a properly completed Application to Proceed *In Forma Pauperis*.

4 **ACCORDINGLY, IT IS HEREBY ORDERED:**

5     This action is **DISMISSED**.

6     The District Court Executive is hereby directed to enter this Order, enter a
7 Judgment of Dismissal without prejudice, furnish copies counsel, and **CLOSE** the
8 file.

9     **DATED** May 13, 2015.



    THOMAS O. RICE
    United States District Judge

ORDER DISMISSING CASE ~ 2